United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAIME LUEVANO,

          Plaintiff,

   v.

KAMALA HARRIS,

          Defendant.

Case No. 22-cv-07501-HSG

**ORDER OF DISMISSAL**

On or about November 29, 2022, the Court docketed a 2-page handwritten document received from Plaintiff. Dkt. No. 1. Because Plaintiff sought relief from this Court, the Court opened an action pursuant to this filing. That same day, the Court sent Plaintiff a deficiency notice, instructing Plaintiff that he was required to file his complaint on a complaint by a prisoner form. Dkt. No. 2. The Court sent Plaintiff a blank complaint form. *Id.*

The deadline to file a complaint on the proper form has passed, and Plaintiff has not filed the required document. This action cannot proceed without a complaint on the proper form. Accordingly, this action is DISMISSED for failure to file a complaint on the proper form. The dismissal is without prejudice to Plaintiff filing a motion to reopen the action. Any motion to reopen must be accompanied by a complaint on the proper form. The Clerk shall enter judgment in favor of Defendant and against Plaintiff, and close the case.

    **IT IS SO ORDERED.**

Dated:   1/27/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge