UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME LUEVANO,<br><br>    Plaintiff,<br><br>v.<br><br>KAMALA HARRIS,<br><br>    Defendant. | Case No. 22-cv-07501-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Order of Dismissal, this action is DISMISSED without prejudice.  The Clerk shall enter judgment in favor of Defendant and against Plaintiff, terminate all pending motions as moot, and close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:   1/27/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge